### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NONA RICE**,

**Plaintiff,**

**v.**

**DON PECK'S TRANSPORTATION, LLC**
**and FLEMING FURNITURE,**

**Defendants.**                                          **No. 08-0051-DRH**

### ORDER

**HERNDON, Chief Judge:**

On January 30, 2008, Nona Rice filed a two complaint alleging negligence against Don Peck's Transportation, LLC and Fleming Furniture (Doc. 2). On May 13, 2008, Don Peck, on behalf of Don Peck's Transportation, LLC, filed a "Reply" which was docketed as an Answer to Complaint (Doc. 12). On May 23, 2008, the Court struck Don Peck's Transportation, LLC's answer because it was not filed by an attorney and gave Don Peck's Transportation, LLC 30 days from the date of the Order to have counsel enter an appearance on its behalf and file a proper answer or risk having entry of default and default judgment entered against it (Doc. 13).[1] As of this date, Don Peck's Transportation, LLC has not had an attorney enter an appearance or file a proper answer to the complaint. Thus, the Court enters **DEFAULT** and **DEFAULT JUDGMENT** against Don Peck's Transportation, LLC in

---

[1]The Order was entered on May 27, 2008.

this matter.  Further, the Court **ORDERS** the Clerk of the Court to set this matter

for hearing on the issue of damages.

**IT IS SO ORDERED.**

Signed this 30th day of June, 2008.


/s/        David R Herndon

**Chief Judge**
**United States District Court**