IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NONA RICE,

Plaintiff,

v.

DON PECK'S TRANSPORTATION, LLC
and FLEMING FURNITURE,

Defendants.                                              No. 08-0051-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiff's motion for continuance (Doc. 17). For the reasons stated in the motion, the Court **GRANTS** the motion. The Court **CONTINUES** the damages hearing from August 18, 2008 to September 18, 2008 at 1: 30 p.m.

**IT IS SO ORDERED.**

Signed this 11th day of August, 2008.

/s/  David R. Herndon

**Chief Judge**
**United States District Court**