IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NONA RICE,

**Plaintiff,**

v.

**DON PECK'S TRANSPORTATION, LLC
and FLEMING FURNITURE,**

**Defendants.** No. 08-0051-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's October 7, 2008 dismissal without prejudice (Doc. 23). Specifically, Plaintiff filed a notice of dismissal without prejudice as to her cause of action against Don Peck's Transportation, LLC. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES without prejudice** Plaintiff's cause of action against Don Peck's Transportation, LLC.

**IT IS SO ORDERED.**

Signed this 8th day of October, 2008.

/s/   David R Herndon
**Chief Judge
United States District Court**