IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NONA RICE,

Plaintiff,

v.

DON PECK'S TRANSPORTATION, LLC
and FLEMING FURNITURE,

Defendants.                                    No. 08-0051-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiff's motion for leave to file amended motion for good faith finding (Doc. 32). For the reasons stated in the motion, the Court **GRANTS** the motion. The Court **ALLOWS** Plaintiff up to and including April 2, 2009 to file the amended motion and **CANCELS** the hearing set for today, March 19, 2009 at 2:00 p.m.

**IT IS SO ORDERED.**

Signed this 19th day of March, 2009.

/s/    David R Herndon
**Chief Judge**
**United States District Court**