**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**NONA RICE**,

**Plaintiff,**

**v.**

**DON PECK'S TRANSPORTATION, LLC**
**and FLEMING FURNITURE,**

**Defendants.**                                     **No. 08-0051-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Rice's motion for good faith finding (Doc. 34). Rice moves the Court for a good faith finding as to her settlement with Fleming Furniture. Rice contends that in exchange for consideration provided by Fleming Furniture, she has agreed to a full and unconditional release. After examining Rice's motion and the documents attached to her motion, the Court determines that it cannot make a good faith finding at this time. Rice failed to present the settlement amount and a diagnosis/report from her treating physician. Accordingly, the Court **DENIES as this time** Rice's motion. Rice may file a another motion that contains this information.[1]

**IT IS SO ORDERED.**

Signed this 29th day of April, 2009.

/s/        *David R Herndon*

**Chief Judge**
**United States District Court**

---

[1]The Court notes that Rice may seek leave to file this information in camera, if necessary.