IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NONA RICE**,

**Plaintiff,**

**v.**

**DON PECK'S TRANSPORTATION, LLC,**

**Defendant.**                                                              **No. 08-0051-DRH**

## SHOW CAUSE ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On November 12, 2009, Rice filed an Amended Complaint against Don Peck's Transportation, LLC (Doc. 41). On March 22, 2010, the Clerk of the Court issued a Notice of Impending Dismissal For Want Of Prosecution for failure to effectuate service on Defendant (Doc. 43). The Notice gave Rice up to and including April 15, 2010 to effect service. That same day, a summons was issued to Defendant (Doc. 44). As of this date, a return of service has not been entered. Thus, the Court **ORDERS** Rice to **SHOW CAUSE** in writing why the Court should not dismiss this case for want of prosecution on or before July 27, 2010. The failure to respond to this Order will result in the Court dismissing Rice's complaint for want of prosecution.

**IT IS SO ORDERED.**

Signed this 13th day of July, 2010.

/s/ David R Herndon
**Chief Judge
United States District Court**